FILED
ASHEVILLE, N.C.

JUN 0 1 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17 CR 39 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FERNANDO NIETO | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 1st day of June, 2017.

_____
HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA